EXHIBIT 1

| | |
|---|---|
| **From:** | Heydy Rodriguez |
| **To:** | "Writ Legal - Rustin" |
| **Cc:** | Megan Goddard |
| **Subject:** | Skip Trace-Gonzalez |
| **Date:** | Thursday, September 22, 2022 7:37:00 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Hi Rustin:

I hope this email finds you well. We need to run a skip trace to locate an address for Adriano C. Ramos Verdi. His telephone number is 201-719-0494. He is the owner of IBX Construction. We need an answer to be able to serve him. If you could also confirm the name of his company that would also be helpful. Do you think that you can get this information to me by Monday, September 26?

Thank you!

*Heydy Rodriguez*
**GODDARD LAW PLLC**



Pronouns:  She/her/hers
39 Broadway, Suite 1540
New York, New York 10006
Office. 646.504.8363
Fax. 212.208.2914
Heydy@goddardlawnyc.com
www.goddardlawnyc.com

*Goddard Law is thrilled to announce that the Federal End Forced Arbitration bill for sexual harassment and sexual assault has passed the House and Senate and should soon be law! Click here to see a short video about the February 2022 passage of the federal End Forced Arbitration law.  Click here to see a short video about the role Goddard Law and our client played in Congress's deliberation before passing that law.*

*Click here to follow us on Instagram!*

*Due to COVID-19, Goddard Law's office is closed. Staff are working remotely to empower employees and hold employers responsible for sidestepping equality laws. Please send a message to harrison@goddardlawnyc.com if you require further assistance. Our offices will remain closed until further notice.*

**NOTICE OF CONFIDENTIALITY AND PRIVILEGE**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.