# EXHIBIT A

14.8

# AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #: 720028/2022
Court Date:
Filing Date: February 14, 2023
Client: Goddard Law PLLC
Attorney:

Plaintiff

ERICA ALEJANDRA GONZALEZ PORRAS

Defendant vs

IBX CONSTRUCTION, BOLEX GC CORP, ADRIANO CASSIANO RAMOS VERDI, AND BORIS BABAKHANOV

STATE OF NEW JERSEY, COUNTY OF MORRIS, SS.:

_____TODD BANK_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New Jersey ; deponent attempted to serve the within SUMMONS WITH NOTICE, NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION)

Upon _____ADRIANO CASSIANO RAMOS VERDI_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/27/2023 07:15 PM Attempt at: 230 ELLIS AVE APT 6, IRVINGTON, NJ 07111 Results: SPOKE WITH CURRENT TENANT WHO STATED THAT ADRIANO CASSIANO RAMOS VERDI MOVED OUT A YEAR AGO.

Sworn to before me on June 08, 2023

MARY T. POWANDA
Notary Public, State of New Jersey
My Commission Expires
March 22, 2026

TODD BANK
Lic#
JobID 2335811
Client ID

INTER COUNTY JUDICIAL SERVICES, LLC. 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE

14.8

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #: 720028/2022
Court Date:
Filing Date: February 14, 2023
Client: Goddard Law PLLC
Attorney:

_____
Plaintiff

ERICA ALEJANDRA GONZALEZ PORRAS

Defendant                    vs
IBX CONSTRUCTION, BOLEX GC CORP, ADRIANO CASSIANO RAMOS VERDI, AND BORIS BABAKHANOV

STATE OF NEW JERSEY, COUNTY OF MORRIS, SS.:

_____TODD BANK_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New Jersey ; deponent attempted to serve the within SUMMONS WITH NOTICE, NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION)

Upon _____IBX CONSTRUCTION_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/27/2023 07:15 PM Attempt at: 230 ELLIS AVE APT 6, IRVINGTON, NJ 07111 Results: SPOKE WITH CURRENT TENANT WHO STATED THAT ADRIANO CASSIANO RAMOS VERDI MOVED OUT A YEAR AGO.

Sworn to before me on June 28, 2023

MARY T. POWANDA
Notary Public, State of New Jersey
My Commission Expires
March 22, 2026

TODD BANK

Lic#
JobID 2335808
Client ID

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE

14.8

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Index/Case #: 720028/2022<br>Court Date:<br>Filing Date: February 14, 2023<br>Client: Goddard Law PLLC<br>Attorney: |

*Plaintiff*

ERICA ALEJANDRA GONZALEZ PORRAS

*Defendant*                                           VS

IBX CONSTRUCTION, BOLEX GC CORP, ADRIANO CASSIANO RAMOS VERDI, AND BORIS BABAKHANOV

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Muataz Ahmad_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within SUMMONS WITH NOTICE, NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION)

Upon _____ IBX CONSTRUCTION _____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/27/2023 11:52:00 Attempt at: 12-14 ASTORIA BLVD , ASTORIA, NY 11102 Results: SPOKE WITH RECEPTIONIST , STATED RECIPIENT ENTITY IS UNKNOWN.

Sworn to before me on _____July 3, 2023_____

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Muataz Ahmad

Lic# 2034169
JobID 2335793
Client ID

14.8

# AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #: 720028/2022

Court Date:

Filing Date: February 14, 2023

Client: Goddard Law PLLC

Attorney:

*Plaintiff*

ERICA ALEJANDRA GONZALEZ PORRAS

*Defendant*                                        VS

IBX CONSTRUCTION, BOLEX GC CORP, ADRIANO CASSIANO RAMOS VERDI, AND BORIS BABAKHANOV

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Muataz Ahmad_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within
SUMMONS WITH NOTICE, NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION)

Upon _____ADRIANO CASSIANO RAMOS VERDI_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/27/2023 11:52:00 Attempt at: 12-14 ASTORIA BLVD , ASTORIA, NY 11102 Results: SPOKE WITH RECEPTIONIST, STATED RECIPIENT INDIVIDUAL IS UNKNOWN.

Sworn to before me on _____July 3, 2023_____

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Muataz Ahmad

Lic# 2034169
JobID 2335796
Client ID